UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BOBBY LEWIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-1053** |
| **N. BURL CAIN** | **SECTION "A"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Bobby Lewis's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 24th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE